IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN D. WERRE,<br><br>            Plaintiff,<br><br>vs.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY, KEMPER CORPORATION; and DOES 1-V,<br><br>            Defendant. | CV 21-32-M-KLD<br><br><br>ORDER |

The parties in the above case filed a stipulated motion for dismissal. Good cause appearing,

IT IS ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 21st day of December, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge